1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for SHAWNTE ALSTON**
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | **Shawnte Alston,** | **CASE NO.:   2:07-CV-1876** |

11 |                     |                              |
   |         **Plaintiff,** | **Stipulation and Order Extending Time to File and Serve Motion** |
12 | **vs.**             |                              |
13 |                     |                              |
   | **Michael J. Astrue, Commissioner of Social Security,** | |
14 |                     |                              |
15 |         **Defendant.** |                           |

16

17     IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's

19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the

20 new filing date of May 16, 2008. The extension is needed due to press of business in plaintiff's

21 attorney's office.

22

23

24

25

26

27

28

1   This is the 1st request for extension by plaintiff.

2

3   Dated:  4/15/08                           /s/ Peter Brixie
                                              PETER BRIXIE
                                              Attorney at Law

4
                                              Attorney for Plaintiff
5

6   Dated:  4/15/08
                                    By:       /s/ Theophous Reagans
7                                             THEOPHOUS REAGANS
                                              Special Assistant U. S. Attorney
8
                                              Attorney for Defendant
9

10                          __ooo__

11  APPROVED AND SO ORDERED

12  Dated: 04/17/08                           /s/ Gregory G. Hollows
                                              United States Magistrate Judge
13  alston.eot

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28