1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for SHAWNTE ALSTON**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Shawnte Alston, | CASE NO.:   2:07-CV-01876 |
|---|---|
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 16, 2008. The extension is needed due to a recent move by the plaintiff's attorney.

1     This is the 2nd request for extension by plaintiff.

2

3   Dated: 5/15/08                        /s/ Peter Brixie
                                            PETER BRIXIE

4                                              Attorney at Law

5                                              Attorney for Plaintiff

6   Dated: 5/15/08
                               By:    /s/ Theophous Reagans

7                                              THEOPHOUS REAGANS
                                             Special Assistant U. S. Attorney

8

9                                              Attorney for Defendant

10                                   __ooo__

11   APPROVED AND SO ORDERED

12   Dated: 05/20/08                            /s/ Gregory G. Hollows
                                            United States Magistrate Judge

13   alston.eot2

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28