1 McGREGOR W. SCOTT
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
THEOPHOUS H. REAGANS SBN 189450
4 Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
7     E-Mail: theophous.reagans@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SHAWNTE ALSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:07-CIV-01876-GGH <br><br> STIPULATION FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through August 16, 2008, in which to e-file his response to Plaintiff's Summary Judgment Motion.  This extension is requested because the Administration needs more time to evaluate the defensibility of this case.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

| | |
|---|---|
| Dated: July 15, 2008 | /s/ Peter Brixie<br>*(As authorized via telehone on 7/15/08)*<br>PETER BRIXIE<br>Attorney for Plaintiff |
| | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| Dated: July 15, 2008 | By: /s/ Theophous H. Reagans<br>THEOPHOUS H. REAGANS<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: 07/21/08 | /s/ Gregory G. Hollows<br>United States Magistrate Judge |

alston.eot3